RUSSELL LOW, ESQ. RLL-4745
LOW & LOW, LLC.
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Asnel Diaz | : | CASE NO. 19-11476 |
| Debtor | : | HONORABLE VINCENT F. PAPALIA |

**ATTORNEY'S RESPONSE TO TRUSTEE'S CERTIFICATION OF DEFAULT**

I, Russell L. Low, hereby certify the following:

1. I represent the debtor, Asnel Diaz in this bankruptcy proceeding.

2. We were not able to reach the debtor in time to file an appropriate opposition.

3. Therefore I am respectfully requesting for more time to contact the debtor in efforts to resolve this matter.

Date:  <u>March 26, 2020</u>                                                              <u>/s/ Russell L. Low</u>
                                                                                                    **RUSSELL L. LOW, ESQ.**
                                                                                                    Attorney for Debtor