Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  19−11476−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Asnel Diaz
   233 Maple Street
   Secaucus, NJ 07094
Social Security No.:
   xxx−xx−9742
Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/7/20 at 10:00 AM

to consider and act upon the following:

*48* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 3/26/2020. (Attachments: # 1 Proposed Order) (Greenberg, Marie−Ann)

*50* – Response to (related document:48 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 3/26/2020. (Attachments: # 1 Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Russell L. Low on behalf of Asnel Diaz. (Low, Russell)

Dated: 3/27/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-11476-VFP
Asnel Diaz                                                            Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Mar 27, 2020
                             Form ID: ntchrgbk         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2020.
db            +Asnel Diaz,    233 Maple Street,    Secaucus, NJ 07094-3705
cr            +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE,    Phelan Hallinan & Schmieg, PC,
              1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: gecsedi@recoverycorp.com Mar 28 2020 00:56:03
              Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
                                                                                      TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2020 at the address(es) listed below:
          Jill  Manzo   on behalf of Creditor   Ditech Financial LLC, as servicer for DEUTSCHE BANK
          NATIONAL TRUST COMPANY IN ITS CAPACITY AS INDENTURE TRUSTEE FOR THE NOTEHOLDERS OF AAMES
          MORTGAGE INVESTMENT TRUST 2005-2, A DELAWARE STATUTORY TRUS bankruptcy@feinsuch.com
          Kevin Gordon McDonald   on behalf of Creditor   Ditech Financial LLC kmcdonald@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg   magecf@magtrustee.com
          Robert  Davidow   on behalf of Creditor   DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE
          TRUSTEE, FOR AAMES MORTGAGE INVESTMENT TRUST 2005-2, BY NEW RESIDENTIAL MORTGAGE LLC
          nj.bkecf@fedphe.com
          Russell L. Low   on behalf of Debtor Asnel  Diaz ecf@lowbankruptcy.com,
          ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 6