Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                      Case No.:  19−11476−VFP
                      Chapter:  13
                      Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Asnel Diaz
   233 Maple Street
   Secaucus, NJ 07094

Social Security No.:
   xxx−xx−9742

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/10/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 10, 2020
JAN: mcp

                                                            Jeanne Naughton
                                                           Clerk

```
                                United States Bankruptcy Court
                                     District of New Jersey

In re:                                                                    Case No. 19-11476-VFP
Asnel Diaz                                                                Chapter 13
        Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin              Page 1 of 2              Date Rcvd: Jun 10, 2020
                               Form ID: 148             Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2020.
db             +Asnel Diaz,    233 Maple Street,    Secaucus, NJ 07094-3705
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE,     Phelan Hallinan & Schmieg, PC,
                 1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
517985524      +CC HOLDINGS,    ATTN: CARD SERVICES,    PO BOX 9201,    OLD BETHPAGE, NY 11804-9001
517985528      +DITECH,    ATTN: BANKRUPTCY,    PO BOX 6172,    RAPID CITY, SD 57709-6172
518402536       Deutcsche Bank National Trust Company, as Indentur,    P.O. Box 10826,
                 Greenville, SC 29603-0826
518402537       Deutcsche Bank National Trust Company, as Indentur,    P.O. Box 10826,
                 Greenville, SC 29603-0826,    Deutcsche Bank National Trust Company, a,    P.O. Box 10826,
                 Greenville, SC 29603-0826
518160445       Deutsche Bank National Trust Company, as Trustee,,    c/o Ditech Financial LLC,    PO Box 6154,
                 Rapid City, SD 57709-6154
517985527      +Ditech,    PO Box 6172,    Rapid City, SD 57709-6172
517985530      +RESIDENTIAL CREDIT SOLUTION,    350 S. GRAND AVENUE,    LOS ANGELES, CA 90071-3406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 10 2020 23:58:29      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 10 2020 23:58:27      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517985522      +EDI: CAPITALONE.COM Jun 11 2020 05:28:00      CAPITAL ONE,    ATTN: BANKRUPTCY,    PO BOX 30285,
                 SALT LAKE CITY, UT 84130-0285
517985525      +E-mail/PDF: creditonebknotifications@resurgent.com Jun 11 2020 00:01:26      CREDIT ONE BANK,
                 ATTN: BANKRUPTCY,    PO BOX 98873,    LAS VEGAS, NV 89193-8873
518021748       E-mail/PDF: MerrickBKNotifications@Resurgent.com Jun 11 2020 00:00:04
                 CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC 29603-0368
518579077       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 11 2020 00:00:55      LVNV Funding LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
518579078       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 11 2020 00:00:23      LVNV Funding LLC,
                 PO Box 10587,    Greenville, SC 29603-0587,    LVNV Funding LLC,    PO Box 10587,
                 Greenville, SC 29603-0587
518008644       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 11 2020 00:00:56      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518154456      +E-mail/Text: bncmail@w-legal.com Jun 10 2020 23:58:35      SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
518321172      +EDI: RMSC.COM Jun 11 2020 05:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518544066      +EDI: RMSC.COM Jun 11 2020 05:28:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517985523*     +CAPITAL ONE,    ATTN: BANKRUPTCY,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
517985526*     +CREDIT ONE BANK,    ATTN: BANKRUPTCY,    PO BOX 98873,    LAS VEGAS, NV 89193-8873
517985529    ##+Fein,Such, Kahn & Shepard,    7 Century Drive,    Parsippany, NJ 07054-4673
                                                                                  TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2020                            Signature:  /s/Joseph Speetjens

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Jun 10, 2020
                               Form ID: 148             Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 10, 2020 at the address(es) listed below:
              Jill  Manzo    on behalf of Creditor    Ditech Financial LLC, as servicer for DEUTSCHE BANK
               NATIONAL TRUST COMPANY IN ITS CAPACITY AS INDENTURE TRUSTEE FOR THE NOTEHOLDERS OF AAMES
               MORTGAGE INVESTMENT TRUST 2005-2, A DELAWARE STATUTORY TRUS bankruptcy@feinsuch.com
              Kevin Gordon McDonald    on behalf of Creditor    Ditech Financial LLC kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Robert  Davidow    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE
               TRUSTEE, FOR AAMES MORTGAGE INVESTMENT TRUST 2005-2, BY NEW RESIDENTIAL MORTGAGE LLC
               nj.bkecf@fedphe.com
              Russell L. Low    on behalf of Debtor Asnel  Diaz ecf@lowbankruptcy.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```